1

2

3

4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    PENNY THOMPSON,                          Case No.  14-cv-04032-JSW

              Plaintiff,

8
          v.                                  **ORDER SCHEDULING TRIAL AND
9                                             PRETRIAL MATTERS**

10   AMERICREDIT FINANCIAL SERVICES,
     INC.,

11            Defendant.

12

13        Following the Case Management Conference, IT IS HEREBY ORDERED that the Case

14   Management Statement is adopted, except as expressly modified by this Order.  It is further

15   ORDERED that:

16        **A.      DATES**

17   Jury Selection and Jury Trial : Monday, November 30, 2015, at 8:00 a.m., 3  days

18   Pretrial Conference:  Monday, November 2, 2015, at 2:00 p.m.

19   Last Day to Hear Dispositive Motions:  Friday, August 7, 2015, 12:00 P.M.

20   Last Day for Expert Discovery:  July 3, 2015

21   Last Day for Expert Disclosure:   April 3, 2015

22   Close of Non-expert Discovery:   June 3, 2015

23        **B.      DISCOVERY**

24        The parties are reminded that a failure voluntarily to disclose information pursuant to

25   Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses

26   pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of non-

27   expert discovery, lead counsel for each party shall serve and file a certification that all

28   supplementation has been completed.

United States District Court
Northern District of California

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**C.      ALTERNATIVE DISPUTE RESOLUTION**

This matter is referred to court-connected mediation, to be completed by June 12, 2015.
The parties shall promptly notify the Court whether the case is resolved at the mediation.

**D.      PROCEDURE FOR AMENDING THIS ORDER**

No provision of this order may be changed except by written order of this court upon its
own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b)
without a showing of very good cause.  If the modification sought is an extension of a deadline
contained herein, the motion must be brought before expiration of that deadline.  The parties may
not modify the pretrial schedule by stipulation.  A conflict with a court date set after the date of
this order does not constitute good cause. The parties are advised that if they stipulate to a change
in the discovery schedule, they do so at their own risk.  The only discovery schedule that the Court
will enforce is the one set in this order.  Additionally, briefing schedules that are specifically set
by the court may not be altered by stipulation; rather the parties must obtain leave of Court.


**IT IS SO ORDERED.**

Dated: December 9, 2014

_____

JEFFREY S. WHITE
United States District Judge

2