1
2
3
4
5
6
7

8        **UNITED STATES DISTRICT COURT**

9        **NORTHERN DISTRICT OF CALIFORNIA**

10       **SAN FRANCISCO DIVISION**

11

12   PENNY THOMPSON,                        Case No.  3:14-CV-04032 HSG

13                  Plaintiff,              **ORDER GRANTING DEFENDANT
                                            AMERICREDIT FINANCIAL**
14   v.                                     **SERVICES, INC.'S MOTION TO
                                            APPEAR TELEPHONICALLY AT**
15                                          **SCHEDULING CONFERENCE**

16   AMERICREDIT FINANCIAL
     SERVICES, INC. *DBA* GM               **DATE**:         April 14, 2015
17   FINANCIAL,                            **TIME**:         2:00 PM
                                           **LOCATION**:     Courtroom 15, 18th Flr.
18                  Defendants.

19

20        On April 7, 2015, Defendant AmeriCredit Financial Services, Inc. *d/b/a* GM

21   Financial ("Defendant" or "GM Financial") filed its motion to appear

22   telephonically before this Court for the Case Management Conference scheduled

23   for April 14, 2015 at 2:00 p.m.

24        Having reviewed the motion and good cause appearing, the Court hereby

25   GRANTS the motion and ORDERS as follows:  Naomi Spector, counsel of record

26   for GM Financial, may participate in the Case Management Conference by

27   telephone.  Counsel shall contact CourtCall at (866) 582-6878 to make

28

25337323v1

[PROPOSED] ORDER

1    arrangements for the telephonic appearance.

2    **IT IS SO ORDERED.**

3    Dated: April 8, 2015

4    Hon. Haywood S. Gilliam
     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28