Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Suite 405
Los Angeles, CA 90025
T : (323) 988-2400 ; F : (866) 861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
PENNY THOMPSON

# UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA,
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PENNY THOMPSON | Case No.: 3:14-cv-04032-HSG |
| Plaintiff, | |
| vs. | **ORDER GRANTING REQUEST OF COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE** |
| AMERICREDIT FINANCIAL SERVICES, INC. d/b/a GM FINANCIAL | |
| Defendant. | Date: April 14, 2015<br>Time: 2:00 pm<br>Place: Ctrm 15, 18th Floor |

Permission is hereby granted for Ryan Lee, counsel of record for plaintiff PENNY THOMPSON, to participate by telephone in the Case Management Conference scheduled for April 14, 2015 at 2:00 pm.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated:  April 8, 2015

_____

Judge Haywood S. Gilliam, Jr

United States District Judge

- 1 -

REQUEST OF COUNSEL TO APPEAR AT SCHEDULING CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER THEREON