UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PENNY THOMPSON,

    Plaintiff,

  v.

AMERICREDIT FINANCIAL SERVICES, INC.,

    Defendant.

Case No. 14-cv-04032-HSG

**SCHEDULING ORDER**

A case management conference was held on April 14, 2015. The parties stated that they will complete mediation by May 15, 2015. For purposes of clarity, the Court confirms the remainder of the case schedule as follows:

| Event | Date |
|---|---|
| Deadline for Initial Expert Disclosures | April 3, 2015 |
| Close of Fact Discovery | June 3, 2015 |
| Close of Expert Discovery | July 3, 2015 |
| Dispositive Motion Hearing Deadline | August 6, 2015 |
| Pretrial Conference | November 3, 2015 |
| Jury Trial | November 30, 2015 3 days |

The parties are further directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: May 6, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge