UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PENNY THOMPSON,<br><br>　　　　Plaintiff,<br>　vs.<br><br>AMERICREDIT FINANCIAL SERVICES, INC<br><br>　　　　Defendant. | Case No.: **14-cv-04032-~~JSW~~ HSG**<br><br>**[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 12/22/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

---

1

[~~Proposed~~] Order